Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
### Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  TIMBERS2020 LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

Timbers of Cranbrook Apartments

**3. Debtor's federal Employer Identification Number (EIN)**  84 – 4738914

**4. Debtor's address**

Principal place of business:
8600 WOODWAY DRIVE
Houston, TX 77063
County: Harris

Mailing address, if different from principal place of business:
143 Manor Lake Estates Dr.
Spring, TX 77379

Location of principal assets, if different from principal place of business:
14000 Ella Blvd
Houston, TX 77014

**5. Debtor's website (URL)**  https://excelapts.com/timbers-of-cranbrook-apartments/

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __TIMBERS2020 LLC_____   Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. §101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. §781(3))

❏ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__5__ __3__ __1__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check all that apply:*

❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

❏ A plan is being filed with this petition.

❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❏ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❏ Yes.  Debtor _____ Relationship _____

District _____ When _____
                                             MM / DD / YYYY

Case number, if known _____

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor   **TIMBERS2020 LLC**                                                               Case number *(if known)*
                Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>           Number   Street<br>           City                              State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

| **Statistical and administrative information** | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☑ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **TIMBERS2020 LLC**                                        Case number *(if known)*
          Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/31/2025**
             MM/ DD/ YYYY

X **/s/ Fercan Kalkan**                                            **Fercan Kalkan**
Signature of authorized representative of debtor                    Printed name

Title  **Managing Member**

**18. Signature of attorney**

X        **/s/ James Q. Pope**                        Date  **03/31/2025**
Signature of attorney for debtor                             MM/ DD/ YYYY

**James Q. Pope**
Printed name

**The Pope Law Firm**
Firm name

**6161 Savoy Drive 1125**
Number       Street

**Houston**                                    **TX**          **77036**
City                                           State           ZIP Code

**(713) 449-4481**                             **jamesp@thepopelawfirm.com**
Contact phone                                  Email address

**24048738**                                   **TX**
Bar number                                     State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **4**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **TIMBERS2020 LLC**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **03/31/2025**   Signature **/s/ Fercan Kalkan**
Fercan Kalkan, Managing Member

CRAIN, CATON & JAMES
17TH FLOOR, FIVE HOUSTON CENTER
1401 MCKINNEY ST.
HOUSTON, TX 77010

MORGAN STANLEY PRIVATE BANK, NA
2000 WESTCHESTER AVE
PURCHASE, NY 10577